John Leonard Brill, appellee, v. Kelvinator Chicago Company, appellant. Gen. No. 34,101.

 Opinion filed May 29, 1930. Rehearing denied June 10, 1930.

Reuben B. Kilgore, for appellant. Wolfsohn & Fireman, for appellee; LeRoy Winer, of counsel.

Mr. Justice Gridley delivered the opinion of the court.